# UNITED STATES DISTRICT COURT

<u>TARCILO RENTERIA CUERO</u>,
    **Affiant**

v.

<u>UNITES STATES OF AMERICA.</u>

_____,
    **Defendant(s)**

CASE NUMBER: _____
    (To be supplied
    by Clerk's Office)

## AFFIDAVIT OF INDIGENCY

### (EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, <u>Tarcilo Renteria Cuero</u>, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed <u>in forma pauperis</u> in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. **BRIEF STATEMENT OF THE NATURE OF THE ACTION:** <u>Motion under 28 U.S.C.</u>
<u>§ 2250 for copy of criminal case file that is necessary to prepare and</u>
<u>file a motion to vacate, set aside or correct sentence under 28 U.S.C.</u>
<u>§ 2255.</u>
_____
_____
_____

II. **RESIDENCE:**
Affiant's address: <u>Oakdale FCI II, P.O. Box 5010</u>
(Street)

<u>Oakdale</u>     <u>Louisiana</u>     <u>71463</u>
(City)     (State)     (Zip Code)

III. **MARITAL STATUS:**

1. Single ☒     Married ☐     Separated ☐     Divorced ☐

2. If married, spouse's full name: <u>N/A</u>

IV. **DEPENDENTS:**

1. Number: <u>N/A</u>

2. Relationship to dependent(s): _____

3. How much money do you contribute to your dependent's support on a monthly basis? $_____

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: <u>N/A</u>

   a. Address of employer: _____
   (Street)

   _____
   (City)     (State)     (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

   Years: _____     Months: _____

   c. Income: Monthly $_____ or Weekly $_____

   d. What is (was) affiant's job title? _____

2. If unemployed, date of last employment: _____

3. Is spouse employed? _____ If so, name of employer: _____

   _____

   a. Income:          Monthly $_____   or   Weekly $_____

   b. What is spouse's job title?   _____

4. Are you and/or your spouse receiving welfare aid?

   If so, amount:      Monthly $_____   or   Weekly $_____

VI. **FINANCIAL STATUS:** Not Applicable.

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description:   _____

   b. Full address:  _____
                            (Street)

   _____
   (City)                (State)              (Zip Code)

   c. In whose name?   _____

   d. Estimated value:                           $ _____

   e. Total amount owed:                         $ _____

      Owed to: _____ for           $ _____

               _____ for           $ _____

   f. Annual income from property:               $ _____

2. Other assets/property:

   a. Automobile: Make _____ Model _____

      In whose name registered?   _____

      Present value of car:                      $ _____

      Amount owed:                               $ _____

      Owed to:   _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $ _____

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession, or other forms of self employment: | $ _____ |
| Rent payments, interest, or dividends: | $ _____ |
| Pensions, annuities, or life insurance payments: | $ _____ |
| Gifts or inheritances: | $ _____ |
| Stocks, bonds, or notes: | $ _____ |
| Other sources: | $ _____ |

3. Obligations:

    a. Monthly rental on house or apartment: $ _____

    b. Monthly mortgage payments on house: $ _____

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| _____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| _____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): _____

## VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration: _05/03/2018_

2. Estimated release or parole date: _unkown_

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. **ALL AFFIANTS MUST READ AND SIGN:**

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

*Tarcilo Renteria Cepro*
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____, 20____, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____

_____, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

\* \* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT **Arcilo Renteria Cuero #70468-018** has the sum of
(Name of Affiant)

$**330.68** as of **September 30, 2019** on account to his credit at the
(date)

**Federal Correctional Institution** institution where he is confined. I further certify that the above-named prisoner affiant has the following securities to his credit according to the records of this institution:

N/A

_____
Authorized Officer of Institution

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 70468018 | Current Institution: | Oakdale FCC |
| Inmate Name: | RENTERIA CUERO, TARCILO | Housing Unit: | OAD-A-B |
| Report Date: | 09/30/2019 | Living Quarters: | A07-051U |
| Report Time: | 2:53:44 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9499 |
| PAC #: | 063948217 |
| Revalidation Date: | 25th |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/17/2018 |
| Local Account Activation Date: | 11/22/2018 3:13:09 AM |
| Sort Codes: | |
| Last Account Update: | 9/30/2019 2:04:01 PM |
| Account Status: | Active |
| Phone Balance: | $0.40 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $330.68 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

|   |   |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $330.68 |
| National 6 Months Deposits: | $1,131.00 |
| National 6 Months Withdrawals: | $855.45 |
| Available Funds to be considered for IFRP Payments: | $631.00 |
| National 6 Months Avg Daily Balance: | $103.94 |
| Local Max. Balance - Prev. 30 Days: | $330.68 |
| Average Balance - Prev. 30 Days: | $161.73 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $888.20 |
| Last Sales Date: | 9/5/2019 12:12:57 PM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $360.00 |

## Commissary Restrictions

**Spending Limit Restrictions**

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|